AMIN WASSERMAN GURNANI, LLP
Manon Burns, Bar No. 347139
230 W. Monroe Street, Suite 1405
Chicago, IL 60606
Tel: (312) 466-1033
Fax: (312) 884-7352
mburns@awglaw.com

Attorney for Plaintiff Global Brands Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL BRANDS LTD.<br><br>Plaintiff,<br><br>vs.<br><br>STARCO BRANDS, INC.<br><br>Defendant. | Case No.: 2:25-cv-12147<br><br>**COMPLAINT FOR BREACH OF CONTRACT** |

Plaintiff Global Brands, Ltd. ("GBL" or "Plaintiff") complains and alleges as follows against Defendant Starco Brands, Inc. ("Starco" or "Defendant"):

## SUMMARY OF ACTION

1. This action is to recover the damages caused to GBL as a result of Starco's breach of agreement related to Starco's solicitation of GBL to be an exclusive distributor of the "Whipshots® by Card B" product line in the UK and Ireland.

## PARTIES

2. Plaintiff Global Brands, Ltd is a company organized and existing under the laws of England & Wales with a principal place of business located at 5th Floor Casa,

Lockford Lane, Chesterfield, Derbyshire, S41 7JB. GBL is a leading UK drinks producer, who, among other things, provides distribution services from its distribution center located in Chesterfield.

3. Defendant Starco Brands, Inc. is a corporation organized and existing under the laws of the State of Nevada with a principal place of business located at 250 26th Street, Suite 200, Santa Monica, CA 90402. Starco represents itself as a consumer products inventor that only invents consumer products with behavior-changing technologies. Among other products, Starco partnered with global artist Cardi B to launch a line of alcoholic whipped cream products.

## JURISDICTION AND VENUE

4. Jurisdiction is proper pursuant to 28 U.S.C. § 1332 because this matter is between a citizen of a State and citizens or subject of a foreign state and the amount in controversy exceeds $75,000 exclusive of interest and costs.

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because Defendant resides in this judicial district, a substantial part of the events or omissions giving rise to the claim occurred in this judicial district.

## FACTUAL ALLEGATIONS

6. In or about late 2023/early 2024, GBL was introduced to Starco regarding distribution of an alcohol infused whipped cream product in the UK and Ireland.

7. In discussions with Starco, Starco promoted its WHIPSHOTS® (a vodka infused whipped cream) product line and its partnership with Cardi B.

8. Starco represented that it owned valuable intellectual property to support the international launch of the WHIPSHOTS® products.

9. In reliance on Starco's representations, on or about August 28, 2024, GBL entered into an exclusive Distribution Agreement with Starco for the distribution of the WHIPSHOTS® product line in the United Kingdom and the Republic of Ireland.

10. Pursuant to Section 5.1.1 of the Distribution Agreement, Starco agreed that it would "ensure that the Products supplied under this Agreement comply with all applicable laws and regulations in the Territory." This obligation extended to trademarks, which the Distribution Agreement specifies are owned by Starco (Section 6.1), licensed to GBL (Section 6.2), and approved by Starco for use in the Territory (Section 1.4).

11. Despite Starco's representations, GBL later received notice that Starco did not own rights to the WHIPSHOTS® trademark in the Territory and, in fact, the trademark was owned by a third party, Emma Red Technology S.r.l ("Emma Red"). Emma Red demanded the cessation of all distribution of the Products in the Territory, forcing GBL to remove the WHIPSHOTS® products from the market.

12. Further, under the Distribution Agreement, Starco was obligated to use commercial efforts to make the rapper and media personality, Cardi B., available to provide promotional support at launch of the product. Indeed, Section 5.1.4 of the Distribution Agreement provided that Starco will "cooperate with Distributor in planning and executing marketing and promotional activities, including using commercial efforts to make Cardi B available for launch events and activations in the UK and Ireland as part of the promotional efforts for Whipshots®."

13. The Products also suffered from various quality issues.

14. On October 1, 2025, GBL provided notice of breach to Starco. As the specified breaches were not cured within thirty (30) days, GBL terminated the Distribution Agreement as of October 31, 2025.

15. To date, Starco has failed to compensate GBL for the damages it has incurred due to Starco's misrepresentations and breaches of the Distribution Agreement.

## FIRST CAUSE OF ACTION

## **BREACH OF CONTRACT**

16. GBL incorporates by reference each allegation contained in the foregoing paragraphs 1 through 15 of the Complaint as though fully set forth herein.

17. The Distribution Agreement was a valid contract.

18. GBL performed all of its obligations pursuant to the Distribution Agreement.

19. Starco breached the Distribution Agreement by, at least, (1) failing to ensure that the Products supplied under the Agreement complied with all applicable laws and regulations in the Territory, (2) failing to own and license the Whipshots® trademarks and branding in the Territory, and (3) failing to cooperate with GBL in planning and executing marketing and promotional activities, including using commercial efforts to make Cardi B. available for launch events and activities in the UK and Ireland.

20. GBL has been damaged by Starco's conduct in a minimum amount of $258,000 to be proven at trial.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1. That Defendant be ordered to pay to GBL damages in an amount to be determined at trial, but in any event not less than $258,000;

2. That Defendant be ordered to pay prejudgment interest and costs, as allowed by law; and

3. For all other relief as the Court deems just and proper.

## **JURY TRIAL DEMANDED**

Plaintiff demands a jury trial on all triable issues.

1  Dated: December 23, 2025          AMIN WASSERMAN GURNANI, LLP
                                     Manon Burns

                                     By:/s/Manon Burns
                                     Manon Burns

                                     Attorney for Plaintiff,
                                     *Global Brands, Ltd.*